

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NOS. AP- 77,056, 77,057, 77,058

### CRAIG ROSS SHEPHARD, Appellant
### v.
### THE STATE OF TEXAS

### ON APPEAL FROM DENIAL OF BAIL
### CAUSE NOS. 1383239, 1461069, 1461070 IN THE 185TH DISTRICT COURT
### FROM HARRIS COUNTY

**Per curiam.**

## O R D E R

On March 13, 2015, Appellant was arrested and jailed for the offenses of possession of a prohibited weapon and possession of a controlled substance. He is also being held on a motion to adjudicate guilt for the offense of possession of a controlled substance. On March 19, 2015, the trial court granted the State's motion to deny bail for these offenses pursuant to Article 1, Section 11a of the Texas Constitution. Appellant has appealed the trial court's decision. See Tex.R.App.P. 31.1. Accordingly, we order the

parties to brief the issue concerning the determination to deny bail under Art. 1, § 11a.

Briefs shall be filed with this Court on or before May 6, 2015.

Filed:  April 30, 2015
Do not publish